IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JAN 21 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 21-30013-SPM |
| TANARIO K. DARDEN, | ) Title 18 United States Code |
| Defendant. | ) Sections 922(g)(1) and 3147 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about October 14, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**TANARIO K. DARDEN,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Unlawful Possession of Cannabis, Case No. 11CF001599, in the Twentieth Judicial Circuit, St. Clair County, Illinois, on May 15, 2012, knowingly possessed a firearm, to wit: a Rock Island .45 caliber semi-automatic handgun, serial number R1A2166793, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

TANARIO K. DARDEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Rock Island .45 caliber semi-automatic handgun, serial number R1A2166793, any and all ammunition contained therein, three loaded pistol magazines, assorted ammunition, and assorted controlled substances.

### ADDITIONAL ALLEGATION
### COMMITTING AN OFFENSE WHILE ON PRETRIAL RELEASE

The defendant, **TANARIO K. DARDEN**, was on pretrial release pursuant to an order of the United States District Court in the Southern District of Illinois, dated October 31, 2019, in Case No. 19-CF-30150-SMY, that notified said defendant of the potential effect and consequences of committing an offense while on pretrial release. Thereafter, on or about October 14, 2020, the defendant committed the offenses set forth in Count 1 of this Indictment, all in violation of Title 18, United States Code, Section 3147.

A TRUE BILL

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
Digitally signed by
STEVEN WEINHOEFT
Date: 2020.12.15 09:24:06
-06'00'

STEVEN D. WEINHOEFT
United States Attorney